# EXHIBIT B

**to Defendant Ironclad Environmental Solution Inc.'s**
**Notice of Removal**

***Notice of Removal to the Parties and State Court Clerk***

Nimmi Arora (SBN 368702)
narora@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
100 Spectrum Center Drive, Suite 900
Irvine, CA 92618
Tel.: (949) 800-8601

Charles Andrewscavage (*pro hac vice* forthcoming)
candrewscavage@scopelitis.com
Jared S. Kramer (*pro hac vice* forthcoming)
jskramer@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603-2427
Phone: 312-255-7200
Fax: 312-422-1224

Attorneys for Defendant,
IRONCLAD ENVIRONMENTAL SOLUTIONS, INC.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ALAMEDA**

| | |
|---|---|
| JAWANNA WALKER, individually and on behalf of similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>IRONCLAD ENVIRONMENTAL SOLUTIONS, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 25CV161021<br><br>*Assigned to the Honorable S. Raj Chatterjee Dept. 21*<br><br>**DEFENDANT IRONCLAD ENVIRONMENTAL SOLUTIONS, INC.'S NOTICE OF REMOVAL TO THE PARTIES AND STATE COURT CLERK**<br><br>Action Filed: December 19, 2025<br>Trial Date: None Set |

TO ADVERSE PARTIES THE CLERK OF THE COURT:

In accordance with 28 U.S.C. § 1446(d), Defendant, Ironclad Environmental Solutions, Inc., by counsel, respectfully files with you a copy of its Notice of Removal of this action to the United States District Court for the Northern District of California (the "Notice"). The Notice has been duly filed in the United States District Court and is attached hereto and made a part hereof as **Exhibit A**.

In accordance with 28 U.S.C. § 1446(d), the filing of the copy of this Notice effectuates the removal of this action from the state court to the United States District Court, and "the State court shall proceed no further unless and until the case is remanded."

Dated: August 20, 2026

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

By: */s/ Nimmi Arora*
Nimmi Arora
Attorney for Defendant,
IRONCLAD ENVIRONMENTAL SOLUTIONS, INC.

# EXHIBIT A

**to Defendant Ironclad Environmental Solutions, Inc.'s Notice of Removal to the Parties and State Court Clerk**

***Defendant Ironclad Environmental Solutions, Inc.'s Notice of Removal***

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I, **Janice Liu**, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 100 Spectrum Center Drive, Suite 900, Irvine, California 92618.

On, August 20, 2026, I served the foregoing document described as **DEFENDANT IRONCLAD ENVIRONMENTAL SOLUTIONS, INC.'S NOTICE OF REMOVAL TO THE PARTIES AND STATE COURT CLERK** on interested parties in this action as follows:

Danny Yadidsion, Esq.
Paige Taylor, Esq.
LABOR LAW PC
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401
Telephone: (310) 494-6082
Danny@LaborLawPC.com
Paige.Taylor@LaborLawPC.com
calendar@laborlawpc.com

√ **(BY E-MAIL)** or electronic transmission. I caused the documents to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

√ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 20, 2026 at Irvine, California.

Janice Liu

4926-1392-0967,